# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CARL BARNES,<br><br>          Plaintiff,<br><br>     v.<br><br>JEFFREY BEARD, et al.,<br><br>          Defendants. | Case No. 1:14-cv-01540 DLB PC<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>[ECF No. 9] |

     Plaintiff Jerry Carl Barnes ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 2, 2014.

     On October 23, 2014, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Plaintiff states Defendants have granted him the relief he seeks.

     At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. *Duke Energy Trading and Marketing, L.L.C. v. Davis*, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. *Id.*

///
///
///
///

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on October 23, 2014.

IT IS SO ORDERED.

Dated:  **October 29, 2014**                /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE